IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINOLL MCCORMICK,<br>    Petitioner, | : | CIVIL ACTION |
| v. | : | |
| JEROME WALSH, et al.<br>    Respondents. | : | NO. 13-5624 |

## ORDER

HARVEY BARTLE, III, J.

AND NOW, this 11th day of August 2014, upon careful and independent consideration of the petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus (Doc. 1) is DENIED with prejudice.

3. The Motion for Stay and Abeyance (Doc. 2) is DENIED.

4. There is no probable cause to issue a certificate of appealability.

7. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
HARVEY BARTLE, III, J.